UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY M. LAWRENCE, JR.                          CIVIL ACTION

VERSUS

UNKNOWN OFFICER                          NO.: 13-00180-BAJ-SCR

RULING AND ORDER

On January 21, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Terry Lawrence, Jr.'s action be dismissed for failure to prosecute pursuant to Local Rule 41.2 and for failure to pay the Court's filing fee. (Doc. 16.) The record indicates that the Court has made numerous attempts to deliver documents to Plaintiff concerning his pending matter. However, the attempts have been unsuccessful, as the Court has not been able to pinpoint Plaintiff's current mailing address. The Magistrate Judge's Report and Recommendation reflects these futile attempts at contact.

The Magistrate Judge's Report and Recommendation, which the Court has attempted to deliver on numerous occasions, specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 16, at 1.) A review of the record indicates that, on February 3, 2014, the Report and Recommendation sent to

Plaintiff at his last known mailing address was returned as "Undeliverable" because the "inmate was not found." (Doc. 17.) As noted by the Magistrate Judge, Plaintiff failed to advise the Court of a proper address at which he may receive mailings. Having failed to notify the Court of his last known mailing address, Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation. Accordingly, the Court concurs in the Magistrate Judge's conclusion that Plaintiff has failed to prosecute his case by the standards of the local rules of court.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED** for failure to prosecute pursuant to Local Rule 41.2 and for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this _12th_ day of February, 2014.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**